UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Randy Duffey

Defendant.

No. CR 14-00070 HRL

**ORDER - CJA CONTRIBUTIONS DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X]   THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $_____ PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ]   That certain date of _____ and the SAME DAY each month thereafter;

[X]   MAIL TO:   Clerk, U.S. District Court
                 280 South First Street, Room 2112
                 San Jose, CA 95113-3095

[X]   THE DEFENDANT IS LIABLE FOR A ~~ONE-TIME~~ Initial CONTRIBUTION OF $1,000, DUE BY 3/13/14.

[ ]   MAIL TO:   Clerk, U.S. District Court
                 280 South First Street, Room 2112
                 San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 2/27/14

_____
Howard R. Lloyd, U.S. Magistrate Judge